**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-30145 |
| | § | |
| ZAKIYA WILLIS | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/02/2015. The undersigned trustee was appointed on 09/02/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $5,589.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $24.26 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $1,844.37 |
   | Leaving a balance on hand of[1] | $3,720.37 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/01/2016 and the deadline for filing government claims was 07/01/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $936.16. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $936.16, for a total compensation of $936.16[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $22.00, for total expenses of $22.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/23/2017                    By:    /s/ David P. Leibowitz
                                           Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit A

| | | |
|---|---|---|
| **Case No.:** | 15-30145 | |
| **Case Name:** | WILLIS, ZAKIYA | |
| **For the Period Ending:** | 3/23/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz | |
| **Date Filed (f) or Converted (c):** | 09/02/2015 (f) | |
| **§341(a) Meeting Date:** | 10/19/2015 | |
| **Claims Bar Date:** | 07/01/2016 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Used furniture, couch, TV, beds, sofa | $700.00 | $0.00 | | $0.00 | FA |
| 2  Used clothes, jeans, shirts, belts, shoes, jackets | $400.00 | $0.00 | | $0.00 | FA |
| 3  Unscheduled 2015 Tax Refund  (u) | $0.00 | $3,744.63 | | $5,589.00 | FA |
| **Asset Notes:** $1844.37 is Debtor's pro-rated portion of tax refund | | | | | |

**TOTALS (Excluding unknown value)**

| | | | |
|---|---|---|---|
| $1,100.00 | $3,744.63 | | $5,589.00 |

**Gross Value of Remaining Assets**
$0.00

**Major Activities affecting case closing:**
03/07/2017   Fully administered ready for TFR

**Initial Projected Date Of Final Report (TFR):**   01/31/2017        **Current Projected Date Of Final Report (TFR):**

/s/ DAVID LEIBOWITZ
DAVID LEIBOWITZ

FORM 2
Page No: 1  Exhibit B
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-30145 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | WILLIS, ZAKIYA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1749 | | Checking Acct #: | ******4501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/2/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/23/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | BALANCE |
| 04/01/2016 | | United States Treasury | Unscheduled 2015 Tax Refund | * | $5,589.00 | | $5,589.00 |
| | {3} | | Estate portion of 2015 tax refund $3,744.63 | 1224-000 | | | $5,589.00 |
| | {3} | | Debtor's pro-rated portion of tax refund $1,844.37 | 1224-002 | | | $5,589.00 |
| 04/13/2016 | 3001 | ZAKIYA WILLIS | Non Estate portion of Income Tax Refund | 8500-002 | | $1,844.37 | $3,744.63 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.60 | $3,738.03 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $5.83 | $3,732.20 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $5.82 | $3,726.38 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.01 | $3,720.37 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.00 | $3,714.37 |
| 09/01/2016 | | Green Bank | Reverse bank fee | 2600-000 | | ($6.00) | $3,720.37 |
| | | | TOTALS: | | $5,589.00 | $1,868.63 | $3,720.37 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $5,589.00 | $1,868.63 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $5,589.00 | $1,868.63 | |

| For the period of 9/2/2015 to 3/23/2017 | | For the entire history of the account between 03/31/2016 to 3/23/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,744.63 | Total Compensable Receipts: | $3,744.63 |
| Total Non-Compensable Receipts: | $1,844.37 | Total Non-Compensable Receipts: | $1,844.37 |
| Total Comp/Non Comp Receipts: | $5,589.00 | Total Comp/Non Comp Receipts: | $5,589.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $24.26 | Total Compensable Disbursements: | $24.26 |
| Total Non-Compensable Disbursements: | $1,844.37 | Total Non-Compensable Disbursements: | $1,844.37 |
| Total Comp/Non Comp Disbursements: | $1,868.63 | Total Comp/Non Comp Disbursements: | $1,868.63 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 2 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-30145 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | WILLIS, ZAKIYA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1749 | | Checking Acct #: | ******4501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/2/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/23/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $5,589.00 | $1,868.63 | $3,720.37 |

**For the period of 9/2/2015 to 3/23/2017**

| | |
|---|---|
| Total Compensable Receipts: | $3,744.63 |
| Total Non-Compensable Receipts: | $1,844.37 |
| Total Comp/Non Comp Receipts: | $5,589.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $24.26 |
| Total Non-Compensable Disbursements: | $1,844.37 |
| Total Comp/Non Comp Disbursements: | $1,868.63 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/02/2015 to 3/23/2017**

| | |
|---|---|
| Total Compensable Receipts: | $3,744.63 |
| Total Non-Compensable Receipts: | $1,844.37 |
| Total Comp/Non Comp Receipts: | $5,589.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $24.26 |
| Total Non-Compensable Disbursements: | $1,844.37 |
| Total Comp/Non Comp Disbursements: | $1,868.63 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No.: | 15-30145 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | WILLIS, ZAKIYA | | | | | | | | Date: 3/23/2017 |
| Claims Bar Date: | 07/01/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 3 | CAPITAL ONE AUTO FINANCE, a division of Capital One NA PO Box 201347 Arlington TX 76006 | Pers. Prop. and Intangibles--Consensual Liens (UCC, chattel, PMSI) | Disallowed | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** (3-1) 2015 KIA Optima Sedan 4D LX I4
Disallowed docket 27

| | DAVID P. LEIBOWITZ 53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $22.00 | $0.00 | $0.00 | $0.00 | $22.00 |
| | DAVID P. LEIBOWITZ 53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $936.16 | $0.00 | $0.00 | $0.00 | $936.16 |
| | LAKELAW 53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $897.50 | $0.00 | $0.00 | $0.00 | $897.50 |
| | LAKELAW 53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $16.33 | $0.00 | $0.00 | $0.00 | $16.33 |
| 1 | NAVIENT SOLUTIONS INC. 220 Lasley Ave Barre PA 18706 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $9,596.08 | $0.00 | $0.00 | $0.00 | $9,596.08 |
| 2 | NAVIENT SOLUTIONS, INC. DEPARTMENT OF EDUCATION Loan Services P.O. Box 9635 Barre PA 18773-9635 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $56,923.27 | $0.00 | $0.00 | $0.00 | $56,923.27 |

CLAIMS ANALYSIS REPORT

| Case No. | 15-30145 | | | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | WILLIS, ZAKIYA | | | | | | | | Date: | 3/23/2017 |
| Claims Bar Date: | 07/01/2016 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC  Successor to SYNCHRONY BANK (WALMART MASTER CARD) POB 41067 Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $2,768.69 | $0.00 | $0.00 | $0.00 | $2,768.69 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC  Successor to SYNCHRONY BANK (JC PENNEY CREDIT CARD) POB 41067 Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $5,141.41 | $0.00 | $0.00 | $0.00 | $5,141.41 |
| | | | | | $76,301.44 | $0.00 | $0.00 | $0.00 | $76,301.44 |

**CLAIMS ANALYSIS REPORT**

Page No: 3
Exhibit C

| | | |
|---|---|---|
| **Case No.** 15-30145 | | **Trustee Name:** David Leibowitz |
| **Case Name:** WILLIS, ZAKIYA | | **Date:** 3/23/2017 |
| **Claims Bar Date:** 07/01/2016 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $16.33 | $16.33 | $0.00 | $0.00 | $0.00 | $16.33 |
| Attorney for Trustee Fees (Trustee Firm) | $897.50 | $897.50 | $0.00 | $0.00 | $0.00 | $897.50 |
| General Unsecured § 726(a)(2) | $66,519.35 | $66,519.35 | $0.00 | $0.00 | $0.00 | $66,519.35 |
| Payments to Unsecured Credit Card Holders | $7,910.10 | $7,910.10 | $0.00 | $0.00 | $0.00 | $7,910.10 |
| Pers. Prop. and Intangibles--Consensual Liens (UCC, chattel, PMSI) | $21,970.82 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $936.16 | $936.16 | $0.00 | $0.00 | $0.00 | $936.16 |
| Trustee Expenses | $22.00 | $22.00 | $0.00 | $0.00 | $0.00 | $22.00 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      15-30145
Case Name:     ZAKIYA WILLIS
Trustee Name:  David P. Leibowitz

Balance on hand: $3,720.37

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors: $0.00
Remaining balance: $3,720.37

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $936.16 | $0.00 | $936.16 |
| David P. Leibowitz, Trustee Expenses | $22.00 | $0.00 | $22.00 |
| Lakelaw, Attorney for Trustee Fees | $897.50 | $0.00 | $897.50 |
| Lakelaw, Attorney for Trustee Expenses | $16.33 | $0.00 | $16.33 |

Total to be paid for chapter 7 administrative expenses: $1,871.99
Remaining balance: $1,848.38

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,848.38

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $1,848.38

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $74,429.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Navient Solutions Inc. | $9,596.08 | $0.00 | $238.31 |
| 2 | Navient Solutions, Inc. Department of Education | $56,923.27 | $0.00 | $1,413.63 |
| 4 | Portfolio Recovery Associates, LLC | $2,768.69 | $0.00 | $68.76 |
| 5 | Portfolio Recovery Associates, LLC | $5,141.41 | $0.00 | $127.68 |

Total to be paid to timely general unsecured claims: $1,848.38
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

UST Form 101-7-TFR (5/1/2011)

**UST Form 101-7-TFR (5/1/2011)**